UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

FILED
APR 2 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ANDRE SYLVESTER WATTS,
U.S.P. Lee
POB 305
Jonesv.lle, VA 24263
    Plaintiff,

CASE NUMBER 1:06CV00755

JUDGE: Unassigned

FEDERAL BUREAU OF PRISONS, et al.,

DECK TYPE: FOIA/Privacy Act

    Defendants.

DATE STAMP: 04/25/2006

Complaint

CASE RE-ASSIGNED
MAY 3 1 2006
TO: LEON, J. RJL

PETITION FOR ISSUANCE OF A WRIT OF MANDAMUS

Comes Now ANDRE SYLVESTER WATTS, DEBTOR of Secured Party/Creditor and authorized representative of Andre Sylvester, sui juris, hereny petition this court of equity for a writ of mandamus pursuant to 28 U.S.C. § 1361 to compel the defendants to fulfill the Freedom of Information Act request that has exceeded the ten (10) days requirement statutory. In support thereof, the following is submitted:

CASE SUMMARY OF THE PROCEEDINGS

The plaintiff filed a Federal Freedom of Information Act request pursuant to 5 U.S.C. §§ 552 & 552(a) on February 21, 2006 and the defendants did not answer within ten (10) days, nor sought an extension of time. So the plaintiff has construed that as a constructive denial.

RECEIVED
MAR 23 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RECEIVED
APR 1 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

## MEMORANDUM OF POINTS AND AUTHORITES OF LAW IN SUPPORT FOR ISSUANCE OF THE WRIT OF MANDAMUS TO COMPEL PURSUANT TO 28 U.S.C. § 1361

The district court shall have original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff. U.S. v Boutwell, 84 U.S. 604 (1873).

In the instant cause, the plaintiff filed a Freedom of Information Act request pursuant to 5 U.S.C. § 552 & 552(a). See Vaugh v Rosen, 523 F.2d 1136 (D.C. Cir. 1975)( agency must give requestor a disclosed index, unless, exempted). In fact, this court held in Maydak v U.S. Dept. Of Justice, 254 F.Supp.2d 23 (D.D.C. 2003) that the defendants not only provide information about the prisoner, but provide access to staff manuels as well.

Thus, the defendants has not followed the law governing Freedom of Information Act request as outlined in 5 U.S.C. § 552(6)(A) and 5 U.S.C. § 552(a)(d)(A) whereby the request shall be answer within ten (10) days unless upon good cause is shown for an extension of time.

Given its evidence that the defendants has not complied with the provisions of the statutes that govern the Freedom of Information Act law, the only remedy is that this court intervene and compel the defendants to perform their duty owed to the plaintiff by answering his FOIA request timely as mandated statutory. See In re Halkin, 598 F.2d 176 (1976)(citing Pittston Coal Group v Sebben, 488 US 105). In that case the district court compel the respondents through an writ of mandamus to perform their duty owed to the plaintiff and that's same objective in this petition for issuance is sought.

## CONCLUSION

Wherefore, the plaintiff prays that this court of equity will grant the writ of mandamus and compel the defendants to fulfill the plaintiff request. See attached. Since none of the documents are exempted from disclosure under 5 U.S.C. 552 et seq.

Date: March 16, 2006

Respectfully Submitted

*Andre S. Watts, UCC 1-207*

Andre Sylvester Watts, UCC 1-207
Secured Party/Creditor
Attorney-In-Fact
Authorized Representative
Priority Exemption Account Number:
UCC 2005150282-9

ATTACHMENT

To: Federa Bureau of Prisons, 320 First St, NW, Washington, D.C. 20534

From: Andre S. Watts, 13799083, USP Lee, Jonesville, Va 24263-0305

Subj: Federal Freedom of Information Act pursuant to 5 U.S.C. § 552 -552a 28 CFR 513.60 through 513.68.

Date: February 21, 2006

Dear. Federal Bureau of Prisons,

Pursuant to the Federal Freedom of Information Act 5 U.S.C. § 552 - 552a and 28 CFR 513.60 through 513.68 requestor seeks the following:

1. J & C
2. Computation Records
3. Commitment Papers
4. Copy of transfer Orders (BP-399)
5. Copy of Redisignation Approvals (2000-2006)
6. Copy for transfer request's (2002-2006)
7. Request for managment variables (all)
8. Copy of classification forms (1994-2006)
9. Correspondences from Federal Bureau of Prisons to U.S. Parole Commission (All)
10 Security Designation forms (BP-337)
11. Furloughs Approval and Record forms (BP-291)
12. Clearance data sheet
13. Prosecuting agency report
14. U.S. Attorney/Judge reports (USA 792)(All)(AO 235)(All)

Your office is required to answer within ten (10) days or requestor will deem the request denied and proceed with a appeal.

Please waive all search and copying fees forasmuch as the requestor is indigent.

Sincerely,

*Andre S. Watts (c)(R)*

Andre S. Watts, sui juris (c)(R)

cc:filed
Congreeman Wynn

06 0755

**FILED**

APR 2 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT