**FILED**

APR 2 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

ANDRE SYLVESTER WATTS          )
                               )
Plaintiff                      )
                               )
                               )
          v.                   )          Case No. __06 0755__
                               )
                               )
FEDERAL BUREAU OF PRISONS, et al., )
                               )
Defendant(s)                   )

### AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED *IN FORMA PAUPERIS* -- PRISONER CASES

I, __ANDRE SYLVESTER WATTS__ declare (1) that I am the __Plaintiff__ in this case; (2) that in support of my motion to proceed without being required to **prepay** fees or costs, I state that because of my poverty, I am unable to pay the costs of this proceeding; and (3) that I believe I am entitled to relief. (Note: Prisoners must pay the full filing fee of $ 255. in accordance with 28 U.S.C. § 1915. See instructions provided with this packet.)

I. Place of confinement of plaintiff: __United States Penitentiary, Lee County,__
   __P.O. Box 305, Jonesville, Va 24263-0305__

II. Crime(s) for which you have been convicted, date and sentence on each:
   __Robbery (Pickpocket) and Assault, May of 1999, 4-12 years.__

III. Are you presently employed?          Yes ___  No ✓

**RECEIVED**
MAR 23 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**RECEIVED**
APR 10 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IV. Have you received, within the past twelve (12) months, money from any of the following sources?

|  | Yes | No |
|---|---|---|
| Business, profession or form of self-employment? | — | ✓ |
| Rent payments, interest or dividends? | — | ✓ |
| Pensions, annuities or life insurance payments? | — | ✓ |
| Gifts or inheritances? | — | ✓ |
| Any other sources? | — | ✓ |

If the answer to any of the above is "yes," describe the source and amount of money received from each during the past twelve (12) months.

_____

_____

V. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts during the last six (6) months.)    Yes ___    No ✓

If the answer is "yes," state the total amount of cash owned, and the average monthly balance in all checking, savings or prison accounts during the last six (6) months.

_____

_____

VI. Do you own real estate, stocks, bonds, notes, automobiles, jewelry or other valuable property (excluding ordinary household furnishings and clothing)?    Yes ___    No ✓.

If the answer is "yes," describe the property and state its approximate value.

_____

_____

VII. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

_____

_____

_____

_____

_____

  A. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer.

_____

_____

  B. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT. I UNDERSTAND THAT PROVIDING FALSE INFORMATION MAY SUBJECT ME TO CRIMINAL PROSECUTION, IMPOSITION OF A FINE, OR OTHER SANCTION THAT MAY ADVERSELY AFFECT MY ABILITY TO PURSUE THIS CASE OR OTHER CASES. I HAVE REVIEWED MY ANSWERS TO INSURE THEIR ACCURACY.

Executed (signed) this 20th day of March, 2006.

_Andre␣Watts, UCC 1-207_
(Signature of Plaintiff)

================================================
**Authorization for Release of Institutional Account Information and Payment of the Filing Fee**

I, _Andre Sylvester Watts_                      _13799083_
   (Name of Plaintiff)                          (Register Number)

authorize the Clerk of Court to obtain, from the agency having custody of my person, information about my institutional account, including balances, deposits and withdrawals. The Clerk of Court may obtain my account information from the past six months and in the future, until the filing fee is paid. I also authorize the agency having custody of my person to withdraw funds from my account and forward payments to the Clerk of Court, in accord with 28 U.S.C. § 1915.

_Andre S. Watts, UCC 1-207_
(Signature of Plaintiff)

_March 20, 2006_
(Date)