UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDRE SYLVESTER WATTS, )<br>Petitioner, )<br>)<br>v. )<br>)<br>FEDERAL BUREAU OF PRISONS, et al., )<br>Defendants. )<br>) | Civil Action No. 1:06cv00755 |

DEFENDANTS' NOTICE OF FILING

Defendant in the above captioned matter, through undersigned counsel, files this Notice of Filing regarding Defendant's Motion for Summary Judgment or in the Alternative Motion to Dismiss. The undersigned now files the Statement of Facts Not in Genuine Dispute in connection with the above referenced motion, attached to this Notice.

July 3, 2006

Respectfully submitted,

_____
BENTON G. PETERSON
Assistant United States Attorney
Judiciary Center Building, Room
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7238