UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANDRE SYLVESTER WATTS,       )
    Petitioner,              )
                             )
v.                           )    Civil Action No. 1:06cv00755(RJL)
                             )
FEDERAL BUREAU OF PRISONS, et al., )
    Defendants.              )
                             )

**STATEMENT OF MATERIAL FACTS NOT IN GENUINE DISPUTE**

Pursuant to LCVR 7.1(h), the defendants submit this statement of material facts as to which there are no genuine dispute. The attached Declaration of Sharon Wahl, Legal Instrument Examiner, Beckley Consolidated Legal Center, at the Federal Corrections Institution (FCI), supports this statement. (Exhibit A attached hereto.)

1. On February 21, 2006, the plaintiff submitted a Freedom Of Information Act (FOIA) request. Declaration of Sharon Wahl, Exhibit A.

2. On or about March 16, 2006, Plaintiff filed the instant lawsuit under 28 U.S.C. § 1361 requesting that the Court use its mandamus power to compel a full response to Plaintiff's FOIA request. See Complaint.

3. Defendants completely responded to Plaintiff's FOIA request on April 7, 2006. Declaration of Sharon Wahl, Exhibit A, ¶ 4.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

_____
BENTON G. PETERSON, WI. Bar #1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 514-7238 514-8780 (Facsimile)
**Benton.Peterson@usdoj.gov**