UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

ANDRE SYLVESTER WATTS,

      Petitioner,

v.                            Civil Action No. 1:06cv00755

FEDERAL BUREAU OF PRISONS, et al.,

      Defendants.

## DECLARATION OF SHARON WAHL

In accordance with the provisions of Section 1746 of Title 28, United States Code, I, the undersigned, do hereby make the following declaration:

1. I am the Legal Instruments Examiner for the Beckley Consolidated Legal Center, located at the Federal Correctional Institution (FCI) Beckley, West Virginia.

2. The Beckley Consolidated Legal Center oversees legal matters arising at various Bureau of Prisons institutions, including matters that arise at USP Lee County, located in Virginia.

3. As the Legal Instruments Examiner I have am responsible for processing incoming Freedom of Information Act (FOIA) requests. Inmate Andre Watts filed a FOIA request on February 21, 2006.

4. Inmate Andre Watts' FOIA request was responded to on April 7, 2006.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 21 day of June 2006.

Sharon Wahl

Legal Instruments Examiner

Beckley Consolidated Legal Center

Federal Bureau of Prisons