UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANDRE SYLVESTER WATTS,
    Petitioner,

v.                                         Civil Action No. 1:06cv00755

FEDERAL BUREAU OF PRISONS, et al.,
    Defendants.

## DECLARATION OF SHARON WAHL

In accordance with the provisions of Section 1746 of Title 28, United States Code, I, the undersigned, do hereby make the following declaration:

1. I am the Legal Instruments Examiner for the Beckley Consolidated Legal Center, located at the Federal Correctional Institution (FCI) Beckley, West Virginia.

2. The Beckley Consolidated Legal Center oversees legal matters arising at various Bureau of Prisons institutions, including matters that arise at USP Lee County, located in Virginia.

3. As the Legal Instruments Examiner I have am responsible for processing incoming Freedom of Information Act (FOIA) requests.

4. Inmate Watts filed a Freedom of Information Act request with the Bureau of Prisons on February 21, 2006. Inmate Watts requested copies of his judgment and commitment file, computation records, transfer orders, transfer requests, redesignation requests, classification forms, management variables, furlough approvals, clearance data sheets, prosecuting agency reports, and U.S. Attorney/Judge reports.

5. The Bureau of Prisons located 219 pages responsive to inmate Watts' request. Inmate Watts was provided 191 pages in their entirety, 1 excised page (a staff member's telephone number, fax number and e-mail address were excised), and 27 pages were withheld in their entirety (all of which were inmate Watts' Presentence Investigation Report ("PSR")).

6. Inmate Watts was provided information regarding the local procedures for gaining access to his central file in order to view his PSR. Inmate Watts was also provided instructions on filing an appeal of the agency's response.

7. Pursuant to Bureau of Prisons Program Statement 1351.05, Release of Information ("P.S. 1351.05"), inmates may not possess copies of their PSR. Inmates may, however, view their PSR by making a request to their Unit Team.

8. Because an inmate may not possess his PSR, PSRs are not released to inmates through the Freedom of Information Act.

9. In the case at hand, inmate Watts filed his mandamus action before the Bureau of Prisons had responded to his FOIA request. When the agency did respond, inmate Watts was advised of his appeal rights.

10. Petitioner failed to file an appeal.

11. Attached are true and accurate copies of the following documents:

Attachment 1: FOIA Request No. 2006-03865, dated February 21, 2006
Attachment 2: Agency Response to FOIA Request No. 2006-03865, dated April 7, 2006.
Attachment 3: Program Statement 1351.05, Release of Information

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 27th day of July 2006.

*Sharon Wahl*
Sharon Wahl
Legal Instruments Examiner
Beckley Consolidated Legal Center
Federal Bureau of Prisons