To: Federal Bureau of Prisons, 320 First St, NW, Washington, D.C. 20534

From: Andre S. Watts, 13799083, USP Lee, Jonesville, Va 24263-0305

Subj: Federal Freedom of Information Act pursuant to 5 U.S.C. § 552 -552a

28 CFR 513.60 through 513.68.

Date: February 21, 2006

Dear Federal Bureau of Prisons,

Pursuant to the Federal Freedom of Information Act 5 U.S.C. § 552 - 552a and

28 CFR 513.60 through 513.68 requestor seeks the following:

1. J & C
2. Computation Records
3. Commitment Papers
4. Copy of transfer Orders (BP-399)
5. Copy of Redisignation Approvals (2000-2006)
6. Copy for transfer request's (2002-2006)
7. Request for management variables (all)
8. Copy of classification forms (1994-2006)
9. Correspondences from Federal Bureau of Prisons to U.S. Parole Commission (All)
10. Security Designation forms (BP-537)
11. Furloughs Approval and Record forms (BP-291)
12. Clearance data sheet
13. Prosecuting agency report
14. U.S. Attorney/Judge reports (USA 792)(All)(AO 235)(All)

Your office is required to answer within ten (10) days or requestor will deem the request denied and proceed with a appeal.

Please waive all search and copying fees forasmuch as the requestor is indigent.

Sincerely,

Andre S. Watts, sui juris (c)(R)

cc:filed
Congressman Wynn

2006-03865
Due 3/31