

**U.S. Department of Justice**

Federal Bureau of Prisons

*Beckley Consolidated Legal Center*

*1600 Industrial Park Road, P.O. Box 1280*
*Beaver, West Virginia 25813*

April 7, 2006

Andre Watts
Reg. No. 13799-083
USP Lee County
P.O. Box 305
Jonesville, VA 24263

Re:   FOI Request No. 2006-03865

Dear Mr. Watts:

This is in response to your February 21, 2006 letter requesting copies of Federal Bureau of Prisons records. Specifically, you have asked for copies of your J&C, computation records, transfer orders and requests, redesignation requests, classification forms, management variables, furlough approvals, clearance data sheets, prosecuting agency reports, and U.S. Attorney/Judge reports.

We have located 219 pages responsive to your request and have determined that 191 pages are releasable to you in their entirety, 1 page has had information withheld and 27 pages have been withheld.

The above withholding of records is pursuant to:

__X__   Title 5, United States Code, Section 552(b)(2), which exempts from disclosure records or information related solely to the internal personnel rules and practices of an agency.

Effective September 19, 2002, pursuant to re-issued Program Statement 1351.05 "Release of Information," for safety and security reasons, inmates may no longer have in their possession a copy of their Federal Presentence Report (PSR). You may, however, access and review your PSR by following the local procedures for gaining access to your central file.

Pursuant to Title 28, Code of Federal Regulations, Section 16.9, this partial denial may be appealed to the Attorney General by filing a written appeal within sixty days of the receipt of this letter. The appeal should be addressed to the Office of Information and Privacy, U.S. Department of Justice, 1425 New York Avenue, N.W., Suite 11050, Washington, D.C. 20530-0001. Both the envelope and the letter of appeal itself must be clearly marked: "Freedom of Information Act Appeal."

Sincerely,

Debbie Stevens
Supervisory Attorney

for:

Richard W. Schott
Regional Counsel

Enclosure