UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JAN 8 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| ANDRE SYLVESTER WATTS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0755 (RJL) |
| ) | |
| FEDERAL BUREAU OF PRISONS, ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendant's motion to dismiss [Dkt. #10] is DENIED, and its motion for summary judgment [Dkt. #10] is GRANTED. It is further

ORDERED that JUDGMENT shall be entered for defendant.

This is a final appealable Order. See Fed. R. App. P. 4(a).

SO ORDERED.

RICHARD J. LEON
United States District Judge

Date: 1/7/07

